**Michael J. MELNICK, Petitioner**

v.

**The PENNSYLVANIA STATE UNIVERSITY, Respondent**

**No. 692 MAL 2016**

Supreme Court of Pennsylvania.

March 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Muhammad H. QUDOOS, Petitioner**

**No. 428 EAL 2016**

Supreme Court of Pennsylvania.

March 7, 2017.

PER CURIAM

## ORDER

**AND NOW**, this 7th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

**William HAGEMAN, Petitioner**

v.

**Walter PITTENGER, Respondent**

**No. 755 MAL 2016**

Supreme Court of Pennsylvania.

March 8, 2017

## ORDER

PER CURIAM

**AND NOW**, this 8th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.